# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR BOLO LOR,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN, Warden,<br><br>        Respondent.<br>_____ / | CV F   05-1556 AWI SMS HC<br><br>ORDER TO SHOW CAUSE DIRECTING PETITIONER'S COUNSEL TO WITHDRAW OR FILE SUBSTITUTION OF COUNSEL, AND DIRECTING CLERK OF COURT TO SERVE COPY OF THIS ORDER ON PETITIONER AT ADDRESS AS SET FORTH HEREIN |

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Frank George Prantil, Esq. (Cal. State Bar #35155).

      Petitioner filed the instant petition for writ of habeas corpus on November 18, 2005. Petitioner filed an amended petition on November 23, 2005.  By order of January 18, 2006, the Court directed Respondent to file a response to the petition.[1]

      Pursuant to the California State Bar's website, Frank George Prantil's status to practice law was ordered inactive as of March 5, 2006, Case No. 99-O-10464.[2]  Because Mr. Prantil is not presently authorized to practice law before this Court, he is directed to file a motion to withdraw as counsel or file a substitution of counsel within **twenty (20)** days from the date of service of

---

[1] Any motion to dismiss is due sixty days from the date of service of the order, i.e. March 19, 2006, and an answer to the petition is due within ninety days from the date of service, i.e. April 18, 2006.  (Court Doc. 10.)

[2] See http://members.calbar.ca.gov/search/member_detail.aspx?x=35155

1

1  this order.  See Local Rule 83-180(a) ("Admission to and continuing membership in the Bar of
2  this Court are limited to attorneys who are active members in good standing of the State Bar of
3  California.")  The Clerk of Court is directed to serve a copy of this order on Petitioner (CDC # P-
4  53152) at Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, CA 95671

6  IT IS SO ORDERED.

7  **Dated:   March 8, 2006**                              /s/ Sandra M. Snyder
   icido3                                                UNITED STATES MAGISTRATE JUDGE