```
CHOR BOLO LOR P53152
Folsom State Prison
B1-B4-13L
P.O. Box 1790
Folsom, CA 95763

Propria Persona
```

FILED
APR 04 2006
CLERK, U.S. DIST...
EASTERN DISTRICT...
BY_____ DEPUTY CLERK

LODGED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR BOLO LOR, <br><br> Petitioner, <br><br> v. <br><br> SCOTT KERNAN, Warden at FOLSOM STATE PRISON, <br><br> Respondent. | No. CV F 05-CV-1556-AWI SMS <br><br> SUBSTITUTION OF ATTORNEYS |

Petitioner, CHOR BOLO LOR, hereby substitutes himself, propria persona, in place of FRANK G. PRANTIL, to represent himself in the above proceedings.

Dated: March 27, 2006

CHOR BOLO LOR
Petitioner

Dated: March 28, 2006

FRANK G. PRANTIL

It is so Ordered. Dated: 4-4-06

United States District Judge

1