UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHOR BOLO LOR, | ) | 1:05-CV-1556 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #19) |
| | ) | |
| SCOTT KERNAN, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 4, 2006, petitioner filed a motion to extend time to file a response to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his response.

IT IS SO ORDERED.

**Dated:   May 17, 2006**            /s/ Sandra M. Snyder
ah0l4d                       UNITED STATES MAGISTRATE JUDGE