1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CHOR BOLO LOR,                          CV F   05-1556 AWI SMS HC

10              Petitioner,                 ORDER GRANTING PETITIONER'S
                                            REQUEST FOR EXTENSION OF TIME TO
11      v.                                  FILE FURTHER OBJECTIONS

12                                          [Doc. 27]
    SCOTT KERNAN, Warden,
13
                Respondent.
14  _____/

15
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
    pursuant to 28 U.S.C. § 2254.
17
        Now pending before the Court is Petitioner's motion for an extension of time to file
18
    further objections to the Findings and Recommendations.  (Court Doc. 27.)
19
        GOOD CAUSE having been demonstrated, Petitioner is granted **thirty (30)** days from the
20
    date of service of this order to file further objections to the Findings and Recommendations.
21

22
    IT IS SO ORDERED.
23
    **Dated:    January 10, 2007**              _____/s/ Sandra M. Snyder_____
24  ah0l4d                                      UNITED STATES MAGISTRATE JUDGE

25
26
27
28

                                            1