UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR BOLO LOR,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Warden,<br><br>    Respondent. | 1:05-CV-1556 AWI SMS HC<br><br>SECOND ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #29) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 20, 2007, petitioner filed a second motion to extend time to to file further bjections to the Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file further objections to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   March 19, 2007**                **/s/ Sandra M. Snyder**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE