# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR BOLO LOR, | CV F  05-1556 AWI SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
| v. | |
| SCOTT KERNAN, Warden, | |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 13, 2007, the petition was dismissed as time-barred under 28 U.S.C. § 2244(d)(1), and judgment was entered this same date.  (Court Docs. 33, 34.)

On July 16, 2007, Petitioner filed a motion for extension of time to file a notice of appeal. (Court Doc. 35.)

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A).  However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A).  Since the notice of appeal was due on July 13, 2007 (thirty days after judgment was entered), Petitioner had until August 12, 2007, to file a motion for extension of time.  Petitioner filed his motion to extend time on July 16, 2007, which is less than 30 days after the expiration

1

1  time for filing his appeal.  In his motion to extend time, petitioner shows good cause for the
2  extension, citing delays caused by prison schedules over which he has no control.  Accordingly,
3  good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS
4  HEREBY ORDERED that petitioner's motion to extend time to file the appeal is GRANTED,
5  and a notice of appeal shall be filed on or before August 12, 2007.

7  IT IS SO ORDERED.
8  Dated:   July 26, 2007                             /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE