# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR BOLO LOR,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN, Warden,<br><br>        Respondent.<br>_____/ | CV F   05-1556 AWI SMS HC<br>Ninth Circuit # 07-16604<br><br>ORDER GRANTING PETITIONER IN FORMA PAUPERIS ON APPEAL AND DISREGARDING MOTION FOR COPY OF RECORD<br><br>[Docs. 42, 43, 44] |

On June 13, 2007, the instant petition was dismissed as time-barred, and judgment was entered against Petitioner. (Court Docs. 33, 34.)

After receiving an extension of time, Petitioner filed a notice of appeal on August 14, 2007. (Court Doc. 37.) On September 5, 2007, the undersigned granted Petitioner's request for a certificate of appealability. (Court Doc. 38.)

On October 3, 2007, Petitioner filed a request for judicial notice and a motion for records. (Court Docs. 42, 43.) Petitioner filed a subsequent request for judicial notice on October 15, 2007. (Court Doc. 44.)

In his requests for judicial notice, Petitioner seeks to proceed in forma pauperis on appeal. Petitioner mistakenly states that he proceeded in forma pauperis in this Court; however, the Court's docket reflects that Petitioner paid the $5.00 filing fee on November 18, 2005, when the action was filed.

Although Petitioner has not submitted a formal application to proceed in forma pauperis,

1

1  he has requested in forma pauperis status, and has submitted a certified copy of his prison trust
2  account statement, demonstrating that he is unable to afford the costs of an appeal.
3        With regard to Petitioner's motion for the Court to provide the Ninth Circuit Court of
4  Appeals with a copy of the record of the instant proceedings, Petitioner is advised that the Court
5  automatically sends the entire record to the Ninth Circuit upon request.  Petitioner's motion shall
6  be disregarded.
7        Accordingly, it is HEREBY ORDERED that:
8      1.  Petitioner request to proceed in forma pauperis on appeal is GRANTED.  See 28
9          U.S.C. § 1915;
10     2.  Petitioner's motion for a copy of the record is DISREGARDED; and
11     3.  The Clerk is directed to serve a copy of this order on the Court of Appeals for the
12         Ninth Circuit.
13
14 IT IS SO ORDERED.
15 **Dated:   November 2, 2007**                        /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28